United States District Court
Southern District of Texas
**ENTERED**
July 11, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| COREY HOFFMAN, | § |
| Plaintiff, | § |
| VS. | § CIVIL ACTION NO. 4:23-CV-00062 |
| THE TRAVELERS HOME AND MARINE INSURANCE COMPANY, | § |
| Defendant. | § |

## ORDER

Before the Court is the parties' Joint Stipulation of Dismissal. Doc. #9. In accordance with the parties' Joint Stipulation of Dismissal and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, it is hereby ORDERED that this action be DISMISSED with prejudice. Each party shall bear its own costs, expenses, and attorney's fees.

It is so ORDERED.

JUL 0 7 2023
_____
Date

_____
The Honorable Alfred H. Bennett
United States District Judge